**United States District Court**
For the Northern District of California

1

2

3

4                              UNITED STATES DISTRICT COURT

5                           NORTHERN DISTRICT OF CALIFORNIA

6   JAMES THAMES,                                    Case No.  C10-01015 JCS

7              Plaintiff(s),

8        v.                                           **ORDER GRANTING MOTION FOR
                                                     EXTENSION OF TIME**

9   US POST OFFICE, ET AL.,

10             Defendant(s).
    _____/

11

12        IT IS HEREBY ORDERED that Plaintiff's Motion for Extension of Time is GRANTED, and

13   Plaintiff shall have until **June 4, 2010,** to file the amended complaint.

14        IT IS SO ORDERED.

15

16   Dated:  May 7, 2010

17

18                                        _____
                                          JOSEPH C. SPERO
19                                        United States Magistrate Judge

20

21

22

23

24

25

26

27

28