UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES THAMES, | No. C10-01015 JCS |
| Plaintiff, | |
| v. | **ORDER DISMISSING AMENDED COMPLAINT WITH PREJUDICE [Docket No. 9]** |
| UNITED STATES POST OFFICE, ET AL., | |
| Defendant. | |

On April 5, 2010, the Court granted Plaintiff's motion to proceed *in forma pauperis* but dismissed Plaintiff's complaint for failure to state a claim and gave Plaintiff leave to amend his complaint. Plaintiff was instructed to "identify each claim clearly and legibly and state the specific facts supporting each claim." On June 4, 2010, Plaintiff filed an amended complaint. The amended complaint consists of a collection of legal theories and definitions; it does not, however, identify any specific claim. Nor has Plaintiff set forth any factual allegations from which the Court can determine what claims Plaintiff seeks to assert. Because Plaintiff has again failed to state a claim, Plaintiff's amended complaint is DISMISSED with prejudice. The Clerk is directed to close the file in this case.

IT IS SO ORDERED.

Dated: June 9, 2010

JOSEPH C. SPERO
United States Magistrate Judge

1